**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 28, 2005

*Before*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Frank H. Easterbrook, *Circuit Judge*

Hon. Michael S. Kanne, *Circuit Judge*

No. 05-2318

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff-Appellee, <br><br>     *v.* <br><br> FREDDIE J. BOOKER, <br>     Defendant-Appellant. | Appeal from the United States District Court for the Western District of Wisconsin. <br><br> No. 03 CR 26 <br><br> John C. Shabaz, *Judge*. |

**O R D E R**

On remand for resentencing in accordance with the Supreme Court's decision in this case, the judge again imposed a 30–year sentence, which was within the guidelines range. However, the judge properly did not treat the guidelines as mandatory, but instead explained at length and convincingly why the guidelines sentence was consistent with the statutory sentencing factors, in view of the gravity of the defendant's crime and his long criminal record, notwithstanding the defendant's age (40). A guidelines sentence is presumptively reasonable, *United States v. Mykytiuk*, 415 F.3d 606 (7th Cir. 2005), and there is nothing here to rebut the presumption. The judgment is therefore

AFFIRMED.